

| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | AMY N. OKEREKE<br>*Assistant Corporation Counsel*<br>(212) 788-9790<br>(212) 788-9776 (fax)<br>aokereke@law.nyc.gov |
|---|---|---|

July 28, 2008

**BY FAX**
*Fax: (212) 805-6382*
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street, Room 660
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-28-08
```

    Re:    Alex Harrison v. City of New York, et al.
            08 Civ. 2922 (VM)

Your Honor:

       I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York and New York City Police Department.[1] I write to respectfully request that the conference scheduled for August 1, 2008 at 10:30 A.M. be adjourned to another date convenient to the Court. This request is made due to a previously scheduled deposition I will be conducting on the same date and time as this conference. Plaintiff's counsel has consented to this request.

       In order to assist the Court, both parties are available on August 14 and August 15, 2008. The parties further advise the Court that defense counsel will be unavailable on August 11 and August 12, 2008, and plaintiff's counsel, David Segal, Esq., will be unavailable between August 18, 2008 and September 1, 2008.

---

[1] On information and belief, the individually named defendant, Police Officer Angel Daliz, has not been served with the summons and complaint. As of this date, no request for representation has been received with respect to this individual, nor does the docket sheet indicate service on this defendant.

I thank the Court for its time and consideration of this request.

Respectfully submitted,

Amy N. Okereke
Assistant Corporation Counsel
Special Federal Litigation Division

cc: David Segal, Esq., attorney for plaintiff (via fax: (212) 571-0938)

---

Request GRANTED. The _initial_ conference herein is rescheduled to _9-5-08_ at _10:00 a.m._.

SO ORDERED.

_7-28-08_
DATE       VICTOR MARRERO, U.S.D.J.

---