UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEX HARISION,

                              Plaintiffs,

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, POLICE OFFICER ANGEL DALIZ SH.
06826, POLICE OFFICER JOHN DOE #1, POLICE OFFICER
JOHN DOE #2 AND POLICE OFFICER JOHN DOE #3

                              Defendants.

---

Case No. 08 CV 02922

AFFIDAVIT OF SERVICE
OF
SUMMONS IN A CIVIL CASE

---

**STATE OF NEW YORK, COUNTY OF WESTCHESTER**      SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at P.O. Box 8394 White Plains, NY 10602-8394.

That on July 12 2008 at 9:00 AM at 2768 Frederick Douglas Blvd New York NY deponent served the within Summons and Verified Complaint, on POLICE OFFICER ANGEL DALIZ SH.# 06826, defendant therein named, by delivering a true copy *of each* to Detective Fraticelli Sheild # 7479 .

**DESCRIPTION:**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ■ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ■ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ■ 36-50 Yrs. | ■ 5'4"-5'8" | ■ 131-160 Lbs. |
| | ■ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

*The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).*

I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Defendant *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on

                                                                     Daniel J. Leddy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEX HARISION,

                                        Plaintiffs,

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, POLICE OFFICER ANGEL DALIZ SH.
06826, POLICE OFFICER JOHN DOE #1, POLICE OFFICER
JOHN DOE #2 AND POLICE OFFICER JOHN DOE #3
                                        Defendants.

Case No. 08 CV 02922

AFFIDAVIT OF SERVICE
OF
SUMMONS IN A CIVIL CASE

---

**STATE OF NEW YORK, COUNTY OF WESTCHESTER**      SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at P.O. Box 8394 White Plains, NY 10602-8394.

That on July 12 2008 at 9:00 AM at 2768 Frederick Douglas Blvd New York NY deponent served the within Summons and Verified Complaint, on POLICE OFFICER ANGEL DALIZ SH.# 06826, defendant therein named, by delivering a true copy *of each* to Detective Fraticelli Sheild # 7479.

**DESCRIPTION:**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ■ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ■ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ■ 36-50 Yrs. | ■ 5'4"-5'8" | ■ 131-160 Lbs. |
| | ■ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

*The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).*

I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Defendant *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on

                                                              *Daniel J. Leddy*